# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHROKH MAJDI,<br><br>        Petitioner,<br><br>   v.<br><br>JEFF WRIGLEY, Warden,<br><br>        Respondent. | 1:07-CV-00404-AWI-NEW(DLB)-HC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **April 24, 2007**           /s/ **Dennis L. Beck**
                                                                           UNITED STATES MAGISTRATE JUDGE